Sterling A. Brennan (CA State Bar No. 126019; E-Mail: sbrennan@mabr.com)
Tyson K. Hottinger (CA State Bar No. 253221; E-Mail: thottinger@mabr.com)
Taylor J. Wright (CA State Bar No. 288609; E-Mail: twright@mabr.com)
MASCHOFF BRENNAN LAYCOCK GILMORE ISRAELSEN & WRIGHT
20 Pacifica, Suite 1130
Irvine, California 92618
Telephone: (949) 202-1900
Facsimile: (949) 453-1104

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| DOĞUŞ YAYIN GRUBU A.Ş., A Turkish company; DOGUS MEDIA GROUP GmbH, a German corporation; IŞIL TELEVIZYON YAYINCILIK A.Ş., a Turkish company; KRAL POP MEDYA HIZMETLERI A.Ş., a Turkish company; KRAL POP AVRUPA RADYO VE TELEVIZYON YAYINCILIĞI A.Ş., a Turkish company; A YAPIM RADYO VE TELEVIZYON YAYINCILIĞI A.Ş., a Turkish company; NTV RADYO VE TV YAYINCILIĞI A.Ş., a Turkish company; and NTV BATI MEDYA HIZMETLERI A.Ş., a Turkish company;<br>               Plaintiffs,<br>vs.<br>DFH Network, Inc., a Nevada corporation,<br>               Defendant. | Civil Action No. 8:13-cv-01683-CBM-RNB<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [6]**<br><br>HON. CONSUELO B. MARSHALL<br>UNITED STATES DISTRICT JUDGE<br>SPRING STREET, COURTROOM 2<br><br>HON. ROBERT N. BLOCK<br>UNITED STATES MAGISTRATE JUDGE<br>SANTA ANA, COURTROOM 6D<br><br>Date: January 7, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom No. 2 |

This Court, having considered the parties' briefs, declarations, and exhibits, and having heard oral argument on January 7, 2014, and good cause appearing, HEREBY ORDERS that, pending conclusion of a trial on the merits or further Order of this Court:

1. Plaintiffs' motion for preliminary injunction is GRANTED.

2. Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Local Rule L.R. 65-1, 15 U.S.C. § 1125, 17 U.S.C. § 502, and California Business & Professions Code section 17200 *et seq.*, defendant DFH Network, Inc. ("DFH") and its officers, agents, servants, employees, attorneys, successors, and those persons in active concert or participation with it, are hereby each enjoined from:

   a. Rebroadcasting the transmission of the programs for the EUROSTAR or STAR TV channels via satellite, television, internet, or any other broadcast medium;

   b. Rebroadcasting the transmission of the programs for the NTV AVRUPA or NTV channels via satellite, television, internet, or any other broadcast medium;

   c. Rebroadcasting the transmission of the programs for the KRAL POP AVRUPA, KRAL POP, or KRAL TV channels via satellite, television, internet, or any other broadcast medium; and

   d. Marketing, promoting, or otherwise using the channels and programming of EUROSTAR, STAR TV, NTV AVRUPA, NTV, KRAL POP AVRUPA, KRAL POP, or KRAL TV and their logos, marks, or names in any way or form whatsoever.

This preliminary injunction is effective as of the entry and service of this Order.

Dated: JANUARY 9, 2014

_____
Hon. Consuelo B. Marshall
United States District Judge